## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Narciso Perez

                        Plaintiff,

v.                                                         Case No.: 1:15−cv−01778
                                                               Honorable Marvin E. Aspen

Linden Mayfield, LLC, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 17, 2015:

      MINUTE entry before the Honorable Marvin E. Aspen: Status hearing held. This case is dismissed pursuant to settlement, with leave to reinstate on or by 11/16/15. Civil case terminated. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.